ACCEPTED
04-14-00521-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/20/2015 4:27:21 PM
KEITH HOTTLE
CLERK

### IN THE COURT OF APPEALS FOR THE
### FOURTH DISTRICT OF TEXAS
### AT SAN ANTONIO, TEXAS

**NO. 04-14-00521-CV**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

02/20/2015 4:27:21 PM

KEITH E. HOTTLE
Clerk

**MEDINA INTERESTS, LTD., Appellant**

**V.**

**WILLIAM PAUL TRIAL, CHARLES BALLARD TRIAL, ET AL, Appellees**
**Appellees**

On Appeal from the 218th Judicial District Court
of Karnes County, Texas, No. 13-04-00098,
the Honorable Stella Saxon, Presiding

---

### APPELLEES, WILLIAM PAUL TRIAL, CHARLES BALLARD TRIAL, ET AL'S
### FINAL MOTION TO EXTEND TIME TO FILE BRIEF

---

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes Now WILLIAM PAUL TRIAL, CHARLES BALLARD TRIAL, MARY CUNNINGHAM, JUDY GONZALES, JOSEPH ALLEN TRIAL, JOHN TRIAL, SHERRI CHACK-ON, DEONNE POSTON, DAN TRIAL, MARCIA TRIAL, SHARON McCULLOCH, DEBORA "DEBBIE" ALBRITTON, GLENN BARNETT, LORETTA "LORI" M. FORD, JIMMY RAY TRIAL, THEIRY TIM TRIAL, LINDA WIATREK, JEFFREY BOULDIN, MARGARET LITTLE, KENNETH LYSSY, YVONNE JANACEK, JOSEPH RUSSELL TRIAL and MICHAEL TRIAL, filing this Final Motion for Extension of Time to file Brief and for cause shall show:

1.    This is an Appeal from a summary judgment of the 218th Judicial District Court of Karnes County, Texas.

2. The Style of the case is *Medina Interests, Ltd. vs. William Paul Trial, Charles Ballard Trial, et al* and numbered 13-04-00098-CVK; Court of Appeals Number: 14-14-00521-CV.

3. Appellees filed its brief on November 19, 2014.

4. Appellees Brief is due to be filed February 18, 2015.

5. Appellee requests an Extension of Time to file the Brief from February 18, 2015 to February 19, 2015.

6. This is Appellees Final Request for Extension of Time to File the Brief.

7. Appellees counsel mistakenly believed that the Appellees Brief was due on February 19, 2015. In fact, Appellees' counsel specifically told one of his clients as well as co-counsel that the brief was due on February 19, 2015. Appellees counsel represented that he was on time for the filing, that everything was going smoothly and that the Appellees Brief would be timely filed. In particular, the Brief was calendared and tickled in Counsel's file as due on February 19, 2015. Thus, at the time counsel made these representations he believed them to be accurate.

8. After Appellees' Brief was filed on February 19, 2015, Appellees counsel found out that the brief was actually due on February 18, 2015. In particular, counsel checked the file on line with the Court of Appeals and discovered that the brief was actually due on February 18, 2015. Appellees counsel therefore made a misrepresentation to its client and co-counsel in this case. Thereafter, Appellees' counsel immediately contracted opposing counsel and filed this final extension of time to attempt remedy his mistake.

9. Appellees' counsel asserts that its clients do desire to pursue this appeal. Appellees counsel also asserts that the failure to timely file the brief was not a result of conscious indifference to this court's order but simply a result of an accident and/or mistake.

10. Therefore, Appellees counsel requests that thus court grant its Motion for Extension of Time from February 18, 2015 to February 19, 2015. Appellees will show that the brief has already been filed.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion To Extend Time to File the Brief to February 19, 2015.

Respectfully submitted,

HAYDEN & CUNNINGHAM, PLLC
Attorneys at Law
7750 Broadway
San Antonio, Texas 78209
Telephone (210) 826-7750
Facsimile (210) 822-0916

By: _____
     DAVID L. CUNNINGHAM
     State Bar No. 00787314
     Attorney for Appellees

## CERTIFICATE OF CONFERENCE

On this day, I hereby certify that I have attempted to confer with Appellant's attorney concerning my Motion to Extend Time to File the Brief. Appellant's attorney was out of the office but a voicemail was left with Brandy Manning. Counsel believes based on previous communications with her and the circumstances this Final Request for Extension of Time will be unpposed.

Signed this _____ day of February, 2015.

_____
DAVID L. CUNNINGHAM

**STATE OF TEXAS** §

§

**COUNTY OF BEXAR** §

BEFORE ME, the undersigned authority, on this day personally appeared DAVID L. CUNNINGHAM, attorney for WILLIAM PAUL TRIAL, CHARLES BALLARD TRIAL, MARY CUNNINGHAM, JUDY GONZALES, JOSEPH ALLEN TRIAL, JOHN TRIAL, SHERRI CHACK-ON, DEONNE POSTON, DAN TRIAL, MARCIA TRIAL, SHARON McCULLOCH, DEBORA "DEBBIE" ALBRITTON, GLENN BARNETT, LORETTA "LORI" M. FORD, JIMMY RAY TRIAL, THEIRY TIM TRIAL, LINDA WIATREK, JEFFREY BOULDIN, MARGARET LITTLE, KENNETH LYSSY, YVONNE JANACEK, JOSEPH RUSSELL TRIAL and MICHAEL TRIAL, being duly sworn on his oath deposed and stated he is the attorney of record for WILLIAM PAUL TRIAL, CHARLES BALLARD TRIAL, MARY CUNNINGHAM, JUDY GONZALES, JOSEPH ALLEN TRIAL, JOHN TRIAL, SHERRI CHACK-ON, DEONNE POSTON, DAN TRIAL, MARCIA TRIAL, SHARON McCULLOCH, DEBORA "DEBBIE" ALBRITTON, GLENN BARNETT, LORETTA "LORI" M. FORD, JIMMY RAY TRIAL, THEIRY TIM TRIAL, LINDA WIATREK, JEFFREY BOULDIN, MARGARET LITTLE, KENNETH LYSSY, YVONNE JANACEK, JOSEPH RUSSELL TRIAL and MICHAEL TRIAL, in the above styled and numbered cause; that he is fully qualified and authorized to make this verification; and that every statement contained therein is within his personal knowledge and is true and correct.

_____

DAVID L. CUNNINGHAM

SUBSCRIBED AND SWORN to before me on the 20th day of February, 2015, to certify which witness my hand and official seal.

BERNICE VILLANUEVA MARTINEZ
Notary Public, State of Texas
My Commission Expires
April 18, 2016

Notary Public, State of Texas

## CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the foregoing document has been forwarded by via facsimile, on this 20th day of Februaryuary, 2015 to the following:

| | |
|---|---|
| Brandy R. Manning<br>Burleson LLP<br>223 W. Wall Street, Suite 400<br>Midland, Texas 79701 | Via Facsimile (432) 253-8601 |
| Matthew S. Brysacz<br>Burleson LLP<br>112 E. Pecan Street, Suite 700<br>San Antonio, Texas 78205 | Via Facsimile (210) 870-2626 |
| Mark L. Nastri<br>Nastri Law Firm PLLC<br>14860 Montford Drive, Suite 209<br>Dallas, Texas 75254 | Via Facsimile (972) 934-2310 |

_____
DAVID L. CUNNINGHAM